IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00778-MSK-CBS

STEVE STUMBO,

      Plaintiff,

v.

DOUBLE BULL ARCHERY, L.L.C.,

      Defendant.

---

## ORDER TO CLOSE CASE

---

      THIS MATTER having come before the Court, *sua sponte,* and the record revealing that

on June 17, 2005 the parties represented to Magistrate Judge Shaffer that the matter had settled,

and that as of the date of this Order no settlement documents have been filed with this Court,

      IT IS ORDERED that the Clerk shall close the case.

      Dated this 5th day of October, 2005.

                      **BY THE COURT:**

                           _____

                           Marcia S. Krieger
                           United States District Judge